## Stand Strong Usa Inc Plaintiff vs. Harwich Enterprises LLC , et al Defendant

**Broward County Case Number:** CACE20016838
**State Reporting Number:** 062020CA016838AXXXCE
**Court Type:** Civil
**Case Type:** Contract and Indebtedness
**Incident Date:** N/A
**Filing Date:** 10/12/2020
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 18 Haury, William W., Jr.

| + Party(ies) | Total: 3 |
|---|---|

| + Disposition(s) | Total: 0 |
|---|---|

| – Event(s) & Document(s) | Total: 8 |
|---|---|

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 11/06/2020 | **Notice of Filing/Affidavit of Service Returned Served** | SUMMONS UPON (1) 10/16/20 HARWICH ENTERPRISES, LLC d/b/a PARK WEST GALLERY and (2) 10/23/20 PARK WE T CHARITABLE FOUNDATION<br>Party: *Plaintiff* Stand Strong Usa Inc | 📄 | 4 |
| 10/15/2020 | **Affidavit** | OF SERVICE UNUSED ON HARWICH ENTERPRISES LLC DBA PARK WEST GALLERY | 📄 | 2 |
| 10/14/2020 | **eSummons Issuance** | HARWICH ENTERPRISES, LLC d/b/a PARK WEST GALLERY | 📄 | 1 |
| 10/14/2020 | **eSummons Issuance** | PARK WEST CHARITABLE FOUNDATION | 📄 | 1 |

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 10/14/2020 | **eSummons Issuance - Alias** | HARWICH ENTERPRISES, LLC d/b/a PARK WEST GALLERY | 📄 | 1 |
| 10/13/2020 | **Search for prior case performed per 2020-4-Civ-UFC-CO** | NONE | 📄 | 1 |
| 10/12/2020 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄 | 3 |
| 10/12/2020 | **Complaint (eFiled)** | Party: *Plaintiff* Stand Strong Usa Inc | 📄 | 11 |

**+** Hearing(s)                                                        Total: 0

**+** Related Case(s)                                                   Total: 0

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.: _____

STAND STRONG USA, INC. d/b/a BE STRONG,
a Florida non-profit corporation,

      Plaintiff,

vs.

HARWICH ENTERPRISES, LLC d/b/a
PARK WEST GALLERY, a Delaware limited
liability company, and PARK WEST CHARITABLE
FOUNDATION, a private foundation,

      Defendants.

_____/

## COMPLAINT

    Plaintiff, Stand Strong USA, Inc. d/b/a Be Strong, sues Defendants, Harwich Enterprises,

LLC d/b/a Park West Gallery and Park West Charitable Foundation, and alleges:

### Parties, Jurisdiction and Venue

    1.    This is an action for damages in excess of the jurisdictional limit of this Court,

exclusive of interest, costs, and attorney's fees.

    2.    Plaintiff, Stand Strong USA, Inc. d/b/a Be Strong ("Be Strong") is a Florida

nonprofit corporation with its principal place of business in Broward County, Florida.

    3.    Defendant, Harwich Enterprises, LLC d/b/a Park West Gallery ("Park West

Gallery") is a Delaware limited liability company conducting business in Florida, including

Broward County, Florida.  Park West Gallery has a large distribution center in Florida, which it

uses in connection with both cruise ship and land-based art auctions.  This Florida facility is also

utilized by Park West Gallery for framing, worldwide shipping, art transport and distribution of

materials, as well as housing the offices of various Park West Gallery executives.

4.     Defendant, Park West Charitable Foundation ("Park West Foundation") is a private nonprofit foundation based in Southfield, Michigan and conducting business in Florida, including Broward County, Florida.   According to its website, Park West Foundation is "a charitable nonprofit arm of Park West Gallery," and was "[e]stablished by Park West Gallery to support art awareness and education, at-risk youth, and global conservation efforts."   The website also explains that Park West Foundation "has worked in cooperation with Park West Gallery" and "support[s] national and international programs . . . ."

5.     Venue is proper in Broward County, Florida because the causes of action alleged herein accrued in Broward County, Florida.

6.     Personal jurisdiction exists in Florida over both defendants as both defendants conduct regular and substantial business within the State of Florida, including specifically the "Charity Challenge"-- a marketing effort sponsored by both defendants-- from which the causes of action alleged herein arose.

## GENERAL ALLEGATIONS

7.     Be Strong is a national non-profit organization based in Broward County, Florida. Be Strong's mission is to prevent bullying and to prevent the depression, isolation and suicides that occur as a result of bullying. As part of this mission, Be-Strong provides important resources to youth to equip and empower them to change peer behavior, including training youth how speak up against bullying, and how to speak out if bullying is happening to them.

8.     Park West Gallery promotes itself as the largest art dealer in the world.  As alleged above, Park West Foundation is Park West Gallery's "non-profit" arm.   On January 20, 2020, Park West Gallery issued a press release announcing a $500,000 "Charity Challenge."

9.     On January 21, 2020, Be Strong was invited by Ann Karay, the Director of Charitable Giving for Park West Gallery based in Ft. Lauderdale, Florida, to participate in the "Charity Challenge" ("the "Promotion").   The Promotion consisted of a competition between various charitable organizations to obtain the most votes via on line voting through February 2,

2020.  The first place winner was promised $250,000, the second place winner $150,000, and the third place winner $100,000.

10.    In order to vote as part of the Promotion, people were required to visit the Park West Gallery website and were simply instructed: "Select your favorite charity and click VOTE at the bottom of the page."  *See* screenshot of voting page below.



11.     Be Strong immediately undertook numerous strategies to mobilize people to go to the Park West Gallery website to vote for Be Strong.  This included a significant investment of not only time and effort, but also out of pocket monetary expenditures to market the Promotion.

12.     Representatives of defendants, including Ms. Karay, the Director of Charitable Giving for Park West Gallery, were aware of, and applauded, the efforts undertaken by Be Strong as part of the Promotion.

13.     On February 3, 2020, Be Strong received both a phone call and written correspondence confirming that it had won the first place prize in the Promotion.  Among the communications Be Strong received was an email from Kelsey Cleary, on behalf of both Park West Gallery and Park West Foundation, congratulating Be Strong on their first place win, and confirming "[w]e will be following up in the coming weeks regarding payment details/coordination of the $250,000 donation."  The full text of the email is set forth below:

## Congratulations!  📩  Inbox ✕

Kelsey Cleary kcleary@parkwestgallery.com via parkwestgallery0.on…    Mon, Feb 3, 9:23 AM
to ashleigh@bestrong.global, allie@bestrong.global, Tom

Hi Ashleigh!

Congrats again, I was typing this as you called!

On behalf of Park West Gallery and Park West Foundation, we are excited to congratulate Be Strong for receiving first place in our 2020 Charity Challenge! Be Strong received a total of 23,855 votes, amazing job!

Park West will be announcing the winners publically around 11 a.m. EST this morning, so please wait to share until we do so.

We will be following up in the coming weeks regarding payment details/coordination of the $250,000 donation, but let me know if you have any initial questions.

Again, congrats!!

**Kelsey Cleary**
Marketing Coordinator
**PARK WEST 🎭 GALLERY**

29469 Northwestern
Southfield, MI 48034
248.354.2343 ext. 3947
kcleary@parkwestgallery.com
www.parkwestgallery.com

4

14.     On February 3, 2020, Park West Gallery issued a press release formally announcing and congratulating Be Strong as the first place winner of the Promotion, St. Judes Children's Research Hospital as the second place winner, and Gary Sinise Foundation as the third place winner. A true and correct copy of the press release is attached hereto as Exhibit A.

15.     The February 3, 2020 press release explained that the "prize money comes from Park West Gallery and the company's charitable arm, The Park West Foundation." *See* Exhibit A.  The press release also stated: "the award donations will be presented to each charity in the weeks to come." *Id.*

16.     On February 3, 2020, John Karay, Senior Vice-President of Operations at Park West Gallery in the Miami/Fort Lauderdale area, also expressed that he was "so happy" that Be Strong had participated in the Promotion and stated that he was sure that the donation would be used by Be Strong to impact many lives.

17.     Unfortunately, the promised prize money has never materialized.  To date, despite numerous communications to Park West Gallery and Park West Foundation requesting the prize money, the defendants have failed to pay Be Strong any of the $250,000 prize money.  At first, representatives of defendants stated the prize money would be paid "in the coming weeks," and then later stated the prize money would be paid "towards the end of the year," and then finally defendants simply stopped responding to Be Strong's various inquiries.

18.     Of course, upon being informed it had won the Promotion, Be Strong highly publicized this win to the public at large, including its community of donors.  While this resulted in even more marketing and good-will for Park West Gallery, it actually led to a drop in donations for Be Strong, as donors believed program costs would be covered by the $250,000 prize money.

19.     Again, all of these months later, and after all the time, effort, and money expended in competing in the Promotion, Be Strong has not received any portion of the prize money, let alone the $250,000 it was entitled to receive as the winner of the Promotion.

## COUNT I
## Breach of Contract
(against both Defendants)

20.     Be Strong incorporates and realleges the allegations in paragraphs 1 through 19 above.

21.     Defendants offered Be Strong the specified prize monies should Be Strong participate in and win the Promotion by obtaining the most on-line votes on the Park West Gallery website through February 2, 2020.  These were the rules of the Promotion communicated to Be Strong.

22.     Be Strong accepted this offer and participated in the Promotion in compliance with these rules, causing numerous people to visit the Park West Gallery website to vote and highly publicizing Park West Gallery in the process as was the aim of the Promotion.

23.     A valid and binding contract was formed upon Be Strong's performance of the Promotion.

24.     Defendants have breached the contract by failing to pay Be Strong the specified $250,000 prize money, despite declaring Be Strong the first place winner of the Promotion.

WHEREFORE, Plaintiff, Be Strong moves this Court for entry of judgment against Defendants Park West Gallery and Park West Foundation for $250,000 in damages, together with pre-judgment interest, costs, and any such other and further relief as this Court deems just and proper.

## Jury Trial Demand

Be Strong hereby demands a jury trial on all issues triable by jury in the above-styled action.

6

Dated:  October 12, 2020

Respectfully submitted,

**BILZIN SUMBERG BAENA
PRICE & AXELROD LLP**
1450 Brickell Avenue,
Suite 2300
Miami, Florida 33131
Telephone: 305-374-7580
Facsimile: 305-374-7593

By: */s/ Raquel M. Fernandez*
Raquel M. Fernandez, FBN 55069
E-mail: rfernandez@bilzin.com
eservice@bilzin.com
etrujillo@bilzin.com

*Attorneys for Plaintiff, Be Strong*

7

EXHIBIT "A"

# Be Strong Wins Big In Park West Gallery's $500,000 Charity Challenge

NEWS PROVIDED BY
**Park West Gallery** ➝
Feb 03, 2020, 11:00 ET

SOUTHFIELD, Mich., Feb. 3, 2020 /PRNewswire/ -- Be Strong, a national non-profit organization focused on preventing bullying, is the big winner of Park West Gallery's first-ever $500,000 Charity Challenge.

After two weeks of intense online voting, Be Strong came out on top and will receive a $250,000 charitable donation from Park West. The second and third place winners, St. Jude Children's Research Hospital and The Gary Sinise Foundation, will each receive $150,000 and $100,000, respectively.



(PRNewsfoto/Park West Gallery)

The announcement of the winners was made by Park West Gallery Founder and

CEO Albert Scaglione.

This was the first-ever charity competition sponsored by Park West Gallery, the largest art dealer in the world. Based in Southfield, Michigan, Park West offered over twenty charities the chance to win part of their $500,000 prize pool through online voting. The charities who received the most votes between January 20 and February 2, 2020 were named the winners. The prize money comes from Park West Gallery and the company's charitable arm, The Park West Foundation.

"We are incredibly proud of the positive impact that all of our participating charities make every single day," said Scaglione. "Park West wants to congratulate Be Strong, St. Jude, and the Gary Sinise Foundation for winning our friendly competition and we hope these donations will help all of them continue their vital work well into the future."

Over 90,000 votes were received during the two-week voting window.

The first-prize winner, Be Strong, received 23,855 votes. Be Strong (www.be-strong.org) empowers youth to prevent bullying, isolation, and suicide by igniting change in peer behavior through their comprehensive student-led approach.

Second place went to St. Jude Children's Research Hospital, which received 22,394 votes. St. Jude (www.stjude.org) is leading the way the world understands, treats, and cures childhood cancer and other life-threatening diseases.

The Gary Sinise Foundation received 15,381 votes and will receive $100,000 for their third-place ranking. The Gary Sinise Foundation (www.garysinisefounda-tion.org) serves the United States by honoring its defenders, veterans, first responders, their families, and those in need.

"Charitable giving is part of our company's DNA," said Diane Pandolfi, Director of the Park West Foundation. "Each one of these charities is incredibly worthy of our support and we hope that our Charity Challenge helped shine a light on all of these amazing organizations."

The winning charities were notified on February 3 and the award donations will be presented to each charity in the weeks to come.

### About Park West Gallery and the Park West Foundation

Founded in 1969, Park West Gallery is the world's largest art dealer, having introduced over two million clients to the joy of collecting art. Learn more about Park West Gallery at https://www.parkwestgallery.com/

Learn more about the mission of the Park West Foundation at https://park-westfoundation.org/

Contact: Dan Pingree
Phone: 248-204-6868
Email: dpingree@parkwestgallery.com

SOURCE Park West Gallery

Related Links

http://www.parkwestgallery.com

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u> JUDICIAL CIRCUIT, IN AND FOR <u>BROWARD</u> COUNTY, FLORIDA

<u>STAND STRONG USA, INC. d/b/a BE STRONG</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>HARWICH ENTERPRISES, LLC d/b/a PARK WEST GALLERY, PARK WEST CHARITABLE FOUNDATION</u>
Defendant

### II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III. TYPE OF CASE

(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Raquel M. Fernandez              Fla. Bar # 55069
          Attorney or party                     (Bar # if attorney)

Raquel M. Fernandez                10/12/2020
  (type or print name)              Date

## IN THE CIRCUIT COURT OF THE 17ᵗʰ JUDICIAL CIRCUIT IN
## AND FOR BROWARD COUNTY, FLORIDA

Case No: CACE 20·16838

Stand Strong USA Inc
_____
Plaintiff

Judge Division: 18

VS

Harwich Enterprises LLC
Park West Charitable Foundation
_____
Defendant

### CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020-4-Civ/UFC/CO:

**"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO DISMISSED CIVIL OR FAMILY CASES",**

**The Clerk has conducted a search for all previous existing civil cases related to these two parties.**

**Listed below are all the aforementioned related cases:**   None



FILED OCT 13 2020
By_____

Brenda D. Forman
Circuit and County Courts

By: _____ KETORRA BURCH

Deputy Clerk

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| DIVISION:<br>**Civil** | SUMMONS<br>**20 DAY CORPORATE SERVICE** | CASE NUMBER:<br>**CACE-20-016838** |
|---|---|---|
| **PLAINTIFFS**<br><br>STAND STRONG USA, INC.<br>d/b/a BE STRONG,<br>a Florida non-profit corporation, | **VS. DEFENDANT (S)**<br><br>HARWICH ENTERPRISES, LLC d/b/a<br>PARK WEST GALLERY, a Delaware limited<br>liability company, and PARK WEST<br>CHARITABLE<br>FOUNDATION, a private foundation, | **CLOCK IN** |

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

**YOU ARE HEREBY COMMANDED** to serve upon the following Defendant this Civil Action
Summons, along with the attached (1) Civil Cover Sheet; and (2) Complaint with exhibit:

### HARWICH ENTERPRISES, LLC d/b/a
### PARK WEST GALLERY
### c/o National Registered Agents, Inc.
### 1209 Orange Street
### Wilmington, DE 19801

The Defendant is required to serve written defenses to the complaint on Plaintiff's attorneys, whose
address is:

Raquel M. Fernandez, Esq
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email Address: rfernandez@bilzin.com; etrujillo@bilzin.com ; eservice@bilzin.com

within 20 days after service of this summons, exclusive of the day of service, and to file the original of the
defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately
thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief
demanded in the complaint.

| **Brenda D. Forman**<br>**CLERK OF COURT** | BY: _____<br>**DEPUTY CLERK**<br>**(COURT SEAL)** | **DATE**<br><br>OCT 16 2020 |
|---|---|---|

**AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE**
"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no
cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Diana Sobel, Room 20140, 201 S.E. Sixth Street,
Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 BRENDA D. FORMAN court appearance, or immediately upon receiving
this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

MIAMI 7382158.1 85189/92249

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| DIVISION:<br>Civil | SUMMONS<br>20 DAY CORPORATE SERVICE | CASE NUMBER:<br>CACE-20-016838 |
|---|---|---|
| **PLAINTIFFS**<br><br>STAND STRONG USA, INC.<br>d/b/a BE STRONG,<br>a Florida non-profit corporation, | **VS. DEFENDANT (S)**<br><br>HARWICH ENTERPRISES, LLC d/b/a<br>PARK WEST GALLERY, a Delaware limited<br>liability company, and PARK WEST<br>CHARITABLE FOUNDATION, a private<br>foundation, | **CLOCK IN** |

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

**YOU ARE HEREBY COMMANDED** to serve upon the following Defendant this Civil Action Summons, along with the attached (1) Civil Cover Sheet; and (2) Complaint with exhibit:

### PARK WEST CHARITABLE FOUNDATION
#### c/o Amelia Scaglione
#### 29469 Northwestern Highway
#### Southfield, MI 48034

The Defendant is required to serve written defenses to the complaint on Plaintiff's attorneys, whose address is:

Raquel M. Fernandez, Esq
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email Address: rfernandez@bilzin.com; etrujillo@bilzin.com ; eservice@bilzin.com

within 20 days after service of this summons, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint.

| **Brenda D. Forman**<br>**CLERK OF COURT** | BY: _____<br>DEPUTY CLERK<br>(COURT SEAL) | **DATE**<br><br>OCT 14 2020 |
|---|---|---|

**AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE**
"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

MIAMI 7382178.1 85189/92249

Filing # 114947673 E-Filed 10/14/2020 11:49:50 AM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| DIVISION:<br>Civil | SUMMONS<br>20 DAY CORPORATE SERVICE | CASE NUMBER:<br>CACE-20-016838 |
|---|---|---|
| **PLAINTIFFS**<br><br>STAND STRONG USA, INC.<br>d/b/a BE STRONG,<br>a Florida non-profit corporation, | **VS. DEFENDANT (S)**<br><br>HARWICH ENTERPRISES, LLC d/b/a<br>PARK WEST GALLERY, a Delaware limited<br>liability company, and PARK WEST<br>CHARITABLE<br>FOUNDATION, a private foundation, | **CLOCK IN** |

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

**YOU ARE HEREBY COMMANDED** to serve upon the following Defendant this Civil Action Summons, along with the attached (1) Civil Cover Sheet; and (2) Complaint with exhibit:

**HARWICH ENTERPRISES, LLC d/b/a**
**PARK WEST GALLERY**
**c/o John P. Karay**
**12301 NW 6th Street**
**Plantation, FL 33325**

The Defendant is required to serve written defenses to the complaint on Plaintiff's attorneys, whose address is:

Raquel M. Fernandez, Esq
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email Address: rfernandez@bilzin.com; etrujillo@bilzin.com ; eservice@bilzin.com

within 20 days after service of this summons, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint.

| **Brenda D. Forman**<br>**CLERK OF COURT** | BY: _____<br>DEPUTY CLERK<br>(C M F ) | **DATE**<br><br>OCT 14 2020 |
|---|---|---|

**AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE**
"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

MIAMI 7382158.1 85189/92249

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.:     CACE-20-016838

STAND STRONG USA, INC. d/b/a BE STRONG,
a Florida non-profit corporation,

      Plaintiff,

vs.

HARWICH ENTERPRISES, LLC d/b/a
PARK WEST GALLERY, a Delaware limited
liability company, and PARK WEST CHARITABLE
FOUNDATION, a private foundation,

      Defendants.

_____/

STATE OF FLORIDA      )
                        :SS
COUNTY OF MIAMI-DADE    )

## AFFIDAVIT

1.    On October 14, 2020 at 11:49:50 am a Summons 20 Day Corporate Service was filed in

the reference case for Defendant Harwich Enterprises, LLC d/b/a Park West Gallery c/o John P.

Karay 12301 NW 6th Street, Plantation, FL 33325. Filing #114947673.

2.    The Deputy Clerk of the Court issued that Summons on October 14, 2020 at 3:36 PM.

3.    That Summons is unused because it was inadvertently submitted without the correct

name and address of the Registered Agent for Defendant Harwich Enterprises, LLC.

4.    A corrected Summons will be filed with the correct Registered Agent information.

    FURTHER AFFIANT SAYETH NAUGHT.

                                   */s/ Elizabeth Trujillo*
                                   Elizabeth Trujillo
                                   BILZIN SUMBERG BAENA PRICE
                                   & AXELROD

1450 Brickell Avenue, Suite 2300
Miami, FL 33131

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.:    CACE-20-016838

STAND STRONG USA, INC. d/b/a BE STRONG,
a Florida non-profit corporation,

       Plaintiff,

vs.

HARWICH ENTERPRISES, LLC d/b/a
PARK WEST GALLERY, a Delaware limited
liability company, and PARK WEST CHARITABLE
FOUNDATION, a private foundation,

       Defendants.

_____/

## NOTICE OF FILING

     Plaintiff, Stand Strong USA, Inc. d/b/a Be Strong, by and through its undersigned

counsel, hereby gives notice of filing the attached Returns of Service for: (1) HARWICH

ENTERPRISES, LLC d/b/a PARK WEST GALLERY and (2) PARK WEST CHARITABLE

FOUNDATION.

                         Respectfully submitted,

                         **BILZIN SUMBERG BAENA**
                         **PRICE & AXELROD LLP**
                         1450 Brickell Avenue, Suite 2300
                         Miami, Florida 33131
                         Telephone: 305-374-7580
                         Facsimile: 305-374-7593

                         By: */s/ Raquel M. Fernandez*
                         Raquel M. Fernandez, FBN 55069
                         E-mail: rfernandez@bilzin.com
                         eservice@bilzin.com
                         etrujillo@bilzin.com
                         *Attorneys for Plaintiff, Be Strong*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail generated by the Florida Court E-Filing Portal to the attorneys of record in this case on this 6th day of November, 2020.

By: */s/ Raquel M. Fernandez*
Raquel M. Fernandez

MIAMI 7467371.1 85189/92249

2

## RETURN OF SERVICE

**State of Florida**          **County of Broward**          **Circuit Court**

Case Number: CACE-20-016838



VER2020001153

Plaintiff:
**STAND STRONG USA, INC., D/B/A BE STRONG, A FLORIDA NON-PROFIT CORPORATION,**

vs.

Defendant:
**HARWICH ENTERPRISES, LLC., D/B/A PARK WEST GALLERY, DELAWARE LIMITED LIABILITY COMPANY; AND PARK WEST CHARITABLE FOUNDATION, A PRIVATE FOUNDATION,**

For:
Raquel M. Fernandez, Esq.
Bilzin Sumberg Baena Price & Axelrod, LLP.
1450 Brickell Avenue
Ste. 2300
Miami, FL 33131

Received by ESQ Legal Support Services, Inc. on the 16th day of October, 2020 at 9:50 am to be served on **HARWICH ENTERPRISES, LLC., D/B/A PARK WEST GALLERY C/O NRAI, REGISTERED AGENT, 1209 ORANGE STREET, WILMINGTON, DE 19801**.

I, JOHN GARBER, do hereby affirm that on the **16th day of October, 2020** at **2:32 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me, to: **AMY MCLAREN OF NRAI** as **AUTHORIZED AGENT / EMPLOYEE** for **HARWICH ENTERPRISES, LLC., D/B/A PARK WEST GALLERY**, at the address of: **1209 ORANGE STREET, WILMINGTON, DE 19801**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.  No notary required per FL. Stat. 92.525(2).


**JOHN GARBER**
Process Server

**ESQ Legal Support Services, Inc.**
9737 NW 41st Street, # 444
**Miami, FL 33178**
**(305) 460-8077**

Our Job Serial Number: VER-2020001153

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

## RETURN OF SERVICE

**State of Florida**                    **County of Broward**                    **Circuit Court**

Case Number: CACE-20-016838



Plaintiff:
**STAND STRONG USA, INC., D/B/A BE STRONG, A FLORIDA NON-PROFIT
CORPORATION,**

VER2020001154

vs.

Defendant:
**HARWICH ENTERPRISES, LLC., D/B/A PARK WEST GALLERY, DELAWARE
LIMITED LIABILITY COMPANY; AND PARK WEST CHARITABLE
FOUNDATION, A PRIVATE FOUNDATION,**

For:
Raquel M. Fernandez, Esq.
Bilzin Sumberg Baena Price & Axelrod, LLP.
1450 Brickell Avenue
Ste. 2300
Miami, FL 33131

Received by ESQ Legal Support Services, Inc. on the 16th day of October, 2020 at 9:50 am to be served on **PARK
WEST CHARITABLE FOUNDATION C/O AMELIA SCAGLIONE, 29469 NORTHWESTERN HWY., SOUTHFIELD,
MI 48034**.

I, Rick Ramirez, do hereby affirm that on the **23rd day of October, 2020** at **1:32 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Cover Sheet and Complaint** with the
date and hour of service endorsed thereon by me, to: **KATHERINE ELLIS** as **GALLERY ADMINISTRATOR /
AUTHORIZED EMPLOYEE** for **PARK WEST CHARITABLE FOUNDATION**, at the address of: **29469
NORTHWESTERN HWY., SOUTHFIELD, MI 48034,** and informed said person of the contents therein, in
compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: WHITE, Height: 5'7, Weight: 130, Hair: BROWN,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have
read the foregoing document and that the facts stated in it are true.  No notary required per FL. Stat. 92.525(2).

**Rick Ramirez**
Process Server

**ESQ Legal Support Services, Inc.**
**9737 NW 41st Street, # 444**
**Miami, FL 33178**
**(305) 460-8077**

Our Job Serial Number: VER-2020001154

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c